**E-FILED**
Wednesday, 07 November, 2012  03:40:39 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES  DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

**TERRANCE JONES,**                                     )
                              **Plaintiff,**            )
    **v.**                                              )
                                                        )    **Case No.  12-2228**
**IKEA DEPARTMENT STORE,**                              )
                                                        )
                              **Defendant.**            )

**REPORT AND RECOMMENDATION**

On October 17, 2012, the Court issued an Order (#7) which directed Plaintiff to appear in Court on November 5, 2012, to show cause why his suit should not be dismissed for lack of prosecution.  He had previously not cured certain deficiencies pointed out in an Order (#6) entered by this Court on August 31, 2012.

According to the U.S. District Clerk's Office, the Order (#7) was sent to Plaintiff both by certified/return receipt requested and regular mail.  The Court was informed that the regular mail was not returned.  The certified/return receipt requested mail was accepted by Joann M. Jones on October 29, 2012, at the address of Plaintiff, Terrance Jones.

Plaintiff did not appear at the scheduled hearing.  The undersigned concludes that the Plaintiff has chosen not to pursue the matter.  Accordingly, I recommend pursuant to my authority under 28 U.S.C. § 636(b)(1)(B) that this suit be dismissed and the case be terminated.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTERED this 7th day of November, 2012.

s/DAVID G. BERNTHAL
UNITED STATES MAGISTRATE JUDGE
